No. 98–2000. POTTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▉

No. 98–2002. BALOGH ET AL. *v.* RAMOS. Ct. App. Tex., 13th Dist. Certiorari denied. ▉

No. 98–2003. HOFFMAN ET AL. *v.* BALLEW, SHERIFF, LEFLORE COUNTY, OKLAHOMA, ET AL. Sup. Ct. Okla. Certiorari denied.

No. 98–2005. BANNUM, INC., ET AL. *v.* CITY OF FORT LAUDERDALE. C. A. 11th Cir. Certiorari denied. ▉

No. 98–2008. DAVIS *v.* DAVIS. C. A. 5th Cir. Certiorari denied. ▉

No. 98–2009. FLORIDA DEPARTMENT OF CORRECTIONS *v.* GOMEZ ET AL. Sup. Ct. Fla. Certiorari denied. ▉

No. 98–2010. CHARLES SCHWAB CORP. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. ▉

No. 98–2011. DAVIS ET AL. *v.* TABACHNICK. App. Ct. Mass. Certiorari denied. ▉

No. 98–2012. JOSENHANS *v.* SHERWOOD MEDICAL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–2013. KAMASINSKI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–2014. BLOUNTT *v.* GLICKMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 7th Cir. Certiorari denied. ▉

No. 98–2015. INTERSTATE BRANDS CORP. *v.* BAKERY DRIVERS & BAKERY GOODS VENDING MACHINES, LOCAL NO. 550, INTERNATIONAL BROTHERHOOD OF TEAMSTERS. C. A. 2d Cir. Certiorari denied. ▉

No. 98–2017. COGGINS *v.* DISTRICT OF COLUMBIA. C. A. 4th Cir. Certiorari denied. ▉

No. 98–2018. OAKLEY *v.* WILSON. Sup. Ct. Tenn. Certiorari denied. ▉